**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nancy G. Holmes, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO** |
| | ) | **AMEND SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| Trinity Health, | ) | |
| | ) | Case No. 4:11-cv-013 |
| Defendant. | ) | |

On October 25, 2011, the parties filed a Stipulation to Amend Scheduling Order. The court **ADOPTS** the parties' stipulation (Docket No. 13). The parties shall have until January 31, 2012, to complete fact discovery and to file discovery motions. The parties shall also have until January 31, 2012, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court