# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Nancy G. Holmes, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION FOR BILL OF COSTS** |
| vs. | ) | |
| | ) | Case No. 4:11-cv-013 |
| Trinity Health, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is defendant Trinity Health's motion for bill of costs filed on August 16, 2012. See Docket No. 45. Trinity Health requests the following costs be taxed onto the judgment:

| | |
|---|---|
| Fees for printing, exemplification and copies of papers 28 U.S.C. § 1920 | $ 133.95 |
| Fees for printed or electronically recorded transcripts 28 U.S.C. § 1920 | 1,273.10 |
| Docket fees. 28 U.S.C. § 1923 | 20.00 |
| Total | $1,427.05 |

See Docket No. 45. Trinity Health's attorney affirmed that these costs are correct and were necessarily incurred in the action. The Plaintiff did not file an objection to Trinity Health's motion.

A federal court may tax costs set forth in 28 U.S.C. § 1920, which provides in pertinent part:

(1) Fees of the clerk and marshal;

(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;

(3) Fees and disbursements for printing and witnesses;

(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

(5) Docket fees under section 1923 of this title;

>  (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

28 U.S.C. § 1920.  The costs requested by Trinity Health are permitted under federal law.

Accordingly, the Court **GRANTS** Trinity Health's motion for bill of costs (Docket No. 45).  The Court **ORDERS** the Clerk of Court to tax the sum of $1,427.05 onto the judgment (Docket No. 44).

   **IT IS SO ORDERED**.

   Dated this 6th day of September, 2012.

                               */s/ Daniel L. Hovland*
                               Daniel L. Hovland, District Judge
                               United States District Court